# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 11-cv-00060-RPM

ROBERT V. WHITE,

      Plaintiff,

v.

VU1 CORPORATION,

      Defendant.

---

## ORDER FOR DISMISSAL

---

Pursuant to the Stipulation for Dismissal with Prejudice [8] filed March 18, 2011, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 18th day of March, 2011.

**BY THE COURT:**

**s/Richard P. Matsch**

_____

**Richard P. Matsch, Senior Judge**